No. 251. HOLLINGSWORTH ET AL. *v.* CITIES SERVICE OIL Co.

Certiorari denied. *Gilbert T. Adams* for petitioners.

